COURT OF APPEALS









 

 

 

 

COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

MARTHA DRUSINA BENITEZ,                         )

                                                                              )              
No.  08-04-00342-CV

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )        
Justice of the Peace, Precinct 3

MORRIS DICK and CAROLINE
GANDARA    )

DICK,                                                                   )            
of El Paso County, Texas

                                                                              )

Appellees.                          )                 
(TC# F301-0325)

                                                                              )

 

 

MEMORANDUM  OPINION

 

Pending before the
Court on its own motion is the dismissal of this appeal for want of
jurisdiction.  Martha Drusina Benitez,
pro se, filed a notice of appeal on November 23, 2004, from a judgment
rendered by the Justice of the Peace, Precinct 3, on November 2, 2004.








Jurisdiction over
an appeal of a justice court judgment lies in the county or district
court.  See Tex.Civ.Prac.&Rem.Code Ann. ' 51.001 (Vernon 1997); Tejas
Elevator Co. v. Concord Elevator, Inc., 982 S.W.2d 578, 579
(Tex.App.--Dallas 1998, no pet.); Tex.R.Civ.P.
574b.  To invoke this Court=s jurisdiction, the Appellant must
obtain a final, appealable order or judgment from the county or district
court.  Tejas Elevator Co., 982
S.W.2d at 579.  Because this Court does
not have jurisdiction, we dismiss the appeal. 
See Tex.R.App.P.
42.3(a).

 

 

 

                                                                                  


December
30, 2004

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 2

Barajas, C.J., McClure, and Chew, JJ.